THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE HARRIS, Appellant. [932 NYS2d 357]—

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, the resentencing to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Harris*, 86 AD3d 543 [2011], *lv denied* 17 NY3d 859 [2011]; *People v Adams*, 85 AD3d 1192 [2011], *lv denied* 17 NY3d 857 [2011]; *People v Guillen*, 85 AD3d 1201 [2011], *lv denied* 17 NY3d 859 [2011]; *People v Lopez*, 85 AD3d 1059 [2011]). Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.